# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIFFANI VIANE CROSSMAN, <br><br> Defendant. | NO. CR02-269-JCC <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 30, 2009. The United States was represented by Assistant United States Attorney Mark Parrent, and the defendant by Carol Koller.

The defendant had been charged and convicted of Attempted Bank Robbery and Bank Robbery, in violation of 18 U.S.C. § 2113(a). On or about January 13, 2003, defendant was sentenced by the Honorable John C. Coughenour, to a term of 63 months in custody, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, and submission to reasonable searches.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE- 1

In a Petition for Warrant or Summons, dated December 16, 2009, U.S. Probation Officer Michael Larsen asserted the following violations by defendant of the conditions of her supervised release:

(1) Changing residence without notifying the probation officer, on or before November 12, 2009, in violation of standard condition number 6.

(2) Associating with a convicted felon, on or about November 21, 2009, in violation of standard condition number 9.

(3) Using cocaine, on or about December 1, 2009, in violation of standard condition number 7.

The defendant was advised of her rights and admitted alleged violations 2 and 3. She denied alleged violation 1. An evidentiary hearing has been set on alleged violation 1 for January 7, 2009 at 11:15 before the Honorable Brian A. Tsuchida.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on January 15, 2009 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained until January 5, 2010, at which point she will be released and will live with her sister, so that she can attend certain state program interviews.

DATED this 30th day of December, 2009.

/s/ JAMES P. DONOHUE
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE- 2

cc: District Judge: Honorable John C. Coughenour
AUSA: Mark Parrent
Defendant's attorney: Carol Koller
Probation officer: Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE- 3