**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANI VIANE CROSSMAN,<br><br>Defendant. | NO. CR02-269-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

  An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 24, 2010.  The United States was represented by Assistant United States Attorney Michael Scoville, and the defendant by Paula Deutsch.

  The defendant had been charged and convicted of Attempted Bank Robbery and Bank Robbery, in violation of 18 U.S.C. § 2113(a).  On or about January 13, 2003, defendant was sentenced by the Honorable John C. Coughenour, to a term of 63 months in custody, to be followed by three years of supervised release.

  The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $3,964 restitution, abstain from alcohol use,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

search, participate in MRT, 120 days RRC, single checking account, disclosure of business documents, disclosure of assets and liabilities, and no new credit.

In a Petition for Warrant or Summons, dated February 24, 2010, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of her supervised release:

(1) Using cocaine, on or before February 2, 2010, in violation of standard condition number 7.

(2) Failing to follow the instructions of the probation officer, on or about February 16, 2010, in violation of standard condition number 3.

(3) Failing to report to and reside in a residential reentry center, on or about February 19, 2010, in violation of the special condition ordering her to do so.

The defendant was advised of her rights and admitted alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on April 9, 2010 at 9:45 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 24th day of March, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable John C. Coughenour
      AUSA:                    Michael Scoville
      Defendant's attorney:    Paula Deutsch
      Probation officer:       Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2